THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MENA, DEFENDANT AND APPELLANT.

APPEAL from the District Court of San Juan, Section 2, in a prosecution for keeping a house of ill fame.

No. 675.—Decided May 7, 1914.

PROSTITUTION—DUPLICITY OF CHARGES—DEFECT PLEADED FIRST ON APPEAL.—The defect of duplicity in an information consisting in that the accused is charged with keeping an assignation house and renting rooms to women where they devote themselves to prostitution, cannot be considered for the first time on appeal when it was not pleaded in the trial court.

ID.—DUPLICITY OF CHARGES—RENTING ROOMS FOR PROSTITUTION.—The information filed against the accused in this case, in which it is alleged that he kept an assignation house and rented rooms to women for the purpose of prostitution, is not defective on the ground of duplicity and the offense charged therein is that of renting rooms to women for the purposes of prostitution.

ID.—KNOWLEDGE OF ACCUSED.—After considering the evidence it was held that the accused knew that the rooms were being rented for the purposes of prostitution.

The facts are stated in the opinion.

*Mr. Charles E. Foote, fiscal,* for The People.

*Mr. Antonio Trujillo* for the appellant.

MR. JUSTICE WOLF delivered the opinion of the court.

Appellant first maintains that the information is bad because it charges two offences in that the defendant was accused of keeping a house for assignation purposes and that he rented rooms to women for prostitution purposes. This

was a matter not raised in the court below and it is unneces-
sary to consider it, *Torres* v. *Lothrop,* 16 P. R. R., 172;
*Torres* v. *Lothrop,* 231 U. S., 171; *Quintero et al.* v. *Morales,*
decided April 23, 1914, and cases there cited, especially if the
information was proved as laid.   We think, however, that
the information charged a simple offence.   It is as follows:

"The *fiscal* files an information against Rafael Mena for the crime
of keeping a bawdy and disorderly house as defined in Chapter VII
of Title XIII of the Penal Code— a misdemeanor committed as fol-
lows: On or about November 17, 1913, in the house No. 90, San
Sebastián Street of the city of San Juan which forms a part of the
judicial district of the same name, the said Rafael Mena kept an
assignation house in which he rented the bedrooms to women for
the purposes of prostitution.   This act is contrary to the law in such
case made and provided and against the peace and dignity of The
People of Porto Rico."

The appellant maintains that the information is not clear
because it does not show whether the prosecution was had
under section 287 or 288 of the Penal Code.   We think that
the information, although not very carefully drawn, suffi-
ciently apprises the defendant that he was charged with
renting rooms to women for purposes of prostitution.

The only other ground of error is the insufficiency of the
proof to sustain the information.   That the house was an
assignation house and that rooms were rented to women who
used them for purposes of prostitution was abundantly
proved.   The principal point relied on, as we understand it,
was that it was not shown that the defendant was the keeper
of the house or that he had control or knowledge over the
acts of the inmates.   We have already seen that the charge
is the renting of rooms for prostitution purposes and the only
real question is whether the defendant had knowledge of such
purposes.   The tenants were numerous and it was shown that
the house was well known as an assignation house, that de-
fendant had dealings with the women tenants personally as
landlord or owner, that he visited the house, and that his

agents had full knowledge. His knowledge was shown partially by circumstantial evidence and partially by his own admissions. The judgment must be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices del Toro and Aldrey concurred.